KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
BRITTANY J. MERRILL (16104)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel: (801) 532-1500
Fax: (801) 532-7543
klarsen@rqn.com
jclark@rqn.com
bmerrill@rqn.com

*Attorneys for Receiver, Maria E. Windham*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALL COREY, et al.,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF TODD DORNY AND KUKANA HOLDINGS, LLC**<br><br>Case No. 2:18-cv-00065-DAK-BCW<br><br>Magistrate Judge Brooke Wells |

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Maria E. Windham, as Receiver for Marquis Properties, LLC, by and through her undersigned counsel, hereby voluntarily dismisses Todd Dorny and Kukana Holdings, LLC without prejudice.

DATED this 7th day of December, 2018.

                                        RAY QUINNEY & NEBEKER P.C.

                                        /s/ Brittany J. Merrill
                                        Kristine Larsen
                                        Jascha K. Clark
                                        Brittany J. Merrill

                                        *Attorneys for Receiver, Maria E. Windham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2018, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF TODD DORNY AND KUKANA HOLDINGS, LLC** was filed electronically with the Court's CM/ECF system, which sent notification of same to counsel of record as indicated below.

| | |
|---|---|
| Adam Lee Grundvig<br>**KESLER & RUST**<br>68 South Main Street, 2nd Floor<br>Salt Lake City, UT 84101<br>agrundvig@keslerrust.com<br><br>*Attorneys for Corey Defendants* | ☒ via ECF System<br>☐ via E-Mail<br>☐ via Hand-Delivery<br>☐ via U.S. Mail, Postage Prepaid |
| Robert L. Jeffs<br>**JEFFS & JEFFS**<br>90 North 100 East<br>P. O. Box 888<br>Provo, UT 84603<br>rljeffs@jeffslawoffice.com<br><br>*Attorneys for Felt Defendants* | ☒ via ECF System<br>☐ via E-Mail<br>☐ via Hand-Delivery<br>☐ via U.S. Mail, Postage Prepaid |

        /s/ Liz Beidoun