Kristine M. Larsen (9228)
Jascha K. Clark (16019)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
E-mail: klarsen@rqn.com
E-mail: jclark@rqn.com

*Attorneys for Receiver, Maria E. Windham*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MARSHALL COREY, et al. <br><br> Defendants. | **MOTION TO DISMISS REMAINING CLAIMS WITH PREJUDICE** <br><br> Case No. 2:18-cv-00065- DAK-CMR <br><br> Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Maria E. Windham (the "Receiver"), as Receiver for Marquis Properties, LLC hereby requests the court dismiss the remaining claims against Defendants Tom Felt, Ellwood Holdings and Alpine Motor Sports, LLC, (collectively the "Felt Defendants") and Florence Corey, Marshall Corey and Corey Enterprises, LLC (collectively the "Corey Defendants") with prejudice.

The Receiver filed a Motion to Approve Disposition of this Case in the SEC Action Case No. 2:16-cv-00040 as part of the Receiver's ongoing cost-benefit analysis, and Judge Parrish

granted that motion.  The Receiver's counsel contacted counsel for the Felt Defendants as well as the pro se Corey Defendants to seek their stipulation to this Motion.  Counsel for the Felt Defendants agreed to stipulate to the dismissal of the Felt Defendants' claims.  The Corey Defendants have not agreed to approve the dismissal of their claims.

Based on the foregoing, the Receiver respectfully requests the Court enter an order granting her Motion to Dismiss Remaining Claims with Prejudice, each party to bear their own costs.  A proposed Order is submitted herewith.

DATED this 17th day of December, 2019.

RAY QUINNEY & NEBEKER P.C.


 */s/ Jascha K. Clark*
Kristine M. Larsen
Jascha K. Clark
*Attorneys for Receiver, Maria E. Windham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2019, a true and correct copy of the foregoing **MOTION TO DISMISS REMAINING CLAIMS WITH PREJUDICE** was filed electronically with the Court's CM/ECF system, which sent notification of same to counsel of record as indicated below.

| | |
|---|---|
| Robert L. Jeffs<br>**JEFFS & JEFFS**<br>90 North 100 East<br>P. O. Box 888<br>Provo, UT 84603<br>rljeffs@jeffslawoffice.com<br><br>*Attorneys for Felt Defendants* | ☒ via ECF System<br>☐ via E-Mail<br>☐ via Hand-Delivery<br>☐ via U.S. Mail, Postage Prepaid |
| Marshall and Florence Corey<br>1563 Timberline<br>Beaumont, CA  92223 | ☐ via ECF System<br>☒ via E-Mail<br>☐ via Hand-Delivery<br>☐ via U.S. Mail, Postage Prepaid |

      /s/ TerriAnne Gillis

1514170

3