Kristine M. Larsen (9228)
Jascha K. Clark (16019)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
E-mail: klarsen@rqn.com
E-mail: jclark@rqn.com
*Attorneys for Receiver, Maria E. Windham*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARSHALL COREY, et al.<br><br>Defendants. | **ORDER GRANTING MOTION TO DISMISS REMAINING CLAIMS WITH PREJUDICE**<br><br>Case No. 2:18-cv-00065-DAK-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Having reviewed the Receiver's Motion to Dismiss Remaining Claims With Prejudice ("Motion"), and good cause appearing therefore, the Court GRANTS the Motion and dismisses, with prejudice, the Receiver's claims against Defendants Tom Felt, Ellwood Holdings and Alpine Motor Sports, LLC, (collectively the "Felt Defendants") and Florence Corey, Marshall Corey and Corey Enterprises, LLC (collectively the "Corey Defendants").

DATED this 18th day of December, 2019.

BY THE COURT:

*Dale A. Kimball*

Dale A. Kimball
United States District Judge